IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-03029-MSK-BNB

LEON C. PICKFORD

     Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, # 03079

     Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB - 1 2011**

**GREGORY C. LANGHAM**
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 1st day of February, 2011.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-03029-MSK-BNB

Leon C. Pickford
Prisoner No. 58311
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Sheriff Grayson Robinson,
Deputy Norris, and Deputy Hernandez

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Sheriff Grayson Robinson, Deputy Norris, and Deputy Hernandez: COMPLAINT FILED 12/14/10, ORDER FILED 1/07/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on February 1, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
                       Deputy Clerk