IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03029-MSK-BNB

LEON C. PICKFORD,

Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, #03079,

Defendants.
_____

**ORDER**
_____

This matter arises on two motions (the "Motions") filed by the plaintiff:

(1) The **Motion to Squash** [sic] **Defendant's Protective Order to Stay Discovery, and Objection** [Doc. #63] (the "Motion to Quash"); and

(2) **Plaintiff's Motion to Compel Discovery**, [Doc. #64] (the "Motion to Compel").

The Motion to Compel is identical to Document #59. With the exception of the attached exhibits, the Motion to Quash is identical to Document #60.

The rules of this Court provide:

> A verbose, redundant, ungrammatical or unintelligible motion, response, or reply may be stricken or returned for revision, and its filing may be grounds for imposing sanctions.

D.C.COLO.LCivR 7.1H. Accordingly,

IT IS ORDERED that with the exception of the exhibits attached to Document #63, the Motions are STRICKEN.

IT IS FURTHER ORDERED that the plaintiff shall cease filing redundant motions.

Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated June 23, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge