IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03029-MSK-BNB

LEON C. PICKFORD,

Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, #03079,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Plaintiff's Motion to Compel Discovery** [Doc. # 50, filed 4/29/2011] which seeks an order compelling the Colorado Department of Corrections to comply with the commands of a subpoena (the "Motion to Compel: Subpoena");

(2)  **Plaintiff's Motion to Compel Discovery** [Doc. # 59, filed 5/27/2011] which seeks an order compelling the defendants to respond to written discovery (the "Motion to Compel: Defendants"); and

(3)  **Defendants' Motion for Entry of Protective Order** [Doc. # 77, filed 7/13/2011] which seeks the entry of a blanket protective order as a prerequisite to the defendants' production of documents responsive to the plaintiff's written discovery.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion to Compel: Subpoena [Doc. # 50] is DENIED;

(2)   The Motion to Compel: Defendants [Doc. # 59] is DENIED as moot in view of the defendants' representation that they will "produce the requested documents responsive to the request to Plaintiff without additional intervention by this Court, subject to the Protective Order." See Motion for Protective Order [Doc. # 77] at ¶4. The defendants shall produce the requested documents to the plaintiff on or before **August 8, 2011**; and

(3)   The Motion for Protective Order [Doc. # 77] is GRANTED as stated in the Protective Order, separately entered.

Dated July 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge