IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 10-CV-03029-MSK-BNB

Leon C. Pickford,

    Plaintiff,

v.

Sheriff Grayson Robinson,
Deputy Norris Star #02071, and
Deputy Hernandez Star 03079,

    Defendants.

## PROTECTIVE ORDER

Defendants filed a Motion for Entry of Protective Order requesting the use of certain documents or materials produced to Plaintiff be limited to this case, and that Plaintiff be prohibited from disclosing or sharing the contents of the confidential documents or materials to persons not parties in this case. Defendants assert a privacy interest in the personal information of third-parties contained within some documents. I find good cause has been shown for granting this Protective Order. Accordingly, it is

    ORDERED:

    1.    The Protective Order shall apply to documents or materials, whether produced in discovery; in response to answers to interrogatories, requests for production or admission; or deposition testimony.

1

2.  "Document" within the meaning of this Order is defined pursuant to Fed. R. Civ. P. 34(a). A draft or non-identical copy is a separate document within the meaning of this term.

3.  "Confidential Information" means any document, file, record, oral testimony, transcribed testimony or recording, photograph, or other tangible thing, either in whole or in part, and any response to a discovery request, including any extract, abstract, chart, summary, note, or copy made therefrom, that contains information that is confidential and implicates common law and/or statutory or constitutional privilege or privacy interests, and has been designated by one of the parties in this action in the manner provided in Paragraph 4 below as containing Confidential Information, ~~including~~ but not limited to, the following:

   a) One or more of the parties' disciplinary records.

   b) One or more of the parties' medical records, including psychological or mental health records.

   c) ~~Those portions of transcribed deposition or other witness testimony disclosing Confidential Information.~~

   *BNB*

4.  Confidential Information contained in response to any disclosure or discovery request or obligation shall be designated:

   a) By writing or printing the word "Confidential" on the page of the confidential document, material, or information;

   b) By writing or printing the word "Confidential" next to or above any discovery response; or

2

c) By giving written notice of confidentiality designating testimony, or portions of testimony, as "Confidential" within 21 days after receipt of the transcribed testimony.

5. Plaintiff [*May disclose Confidential Information to his mother, Sandra A. Pickford, for purposes of obtaining her assistance with the case, but otherwise*] shall not disclose the contents of any Confidential Information to any other person whether the information is contained in documents, materials, or other materials produced to him. His use of the documents, materials, or other information shall be limited to this case only.

6. Defendants may disclose to their counsel and paralegals Confidential Information. Defendants shall not disclose the contents of any Confidential Information whether the information is contained in documents, materials, or other materials produced to any person not designated in this paragraph.

7. ~~The parties may, without violating this Order, file with this Court any Confidential Information under seal. If Confidential Information is attached to the pleadings, it shall be filed under seal if appropriate.~~ *Any request to file Confidential Information under seal must comply with the requirements of D.C.COLO.LCivR 7.2.*

8. Within 30 days of the conclusion of this case, Plaintiff shall return all documents, records, or other materials containing Confidential Information to Defendants for destruction.

9. This Order does not constitute a ruling on whether a particular document or category of information is appropriately discoverable, nor does it constitute a ruling on any potential objection to the discoverability, relevance, or admissibility of any document or record.

3

10. The terms of this Order shall not apply to the disclosure of information subject to a claim of privilege or other basis of exclusion, and this Order shall not serve as precedent for adopting any procedure with respect to disclosure of such information.

11. This Order may be modified by the Court at any time for good cause shown after notice to all parties and an opportunity to be heard.

Dated this 28TH day of July, 2011.

BY THE COURT:

_____
United States Magistrate Judge

4