IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-03029-MSK-BNB

LEON C. PICKFORD,

Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, #03079,

Defendants.
_____

**ORDER**
_____

This matter arises a motion (the "Motion") filed by the plaintiff titled **To Have the Clerk of the Court Have the United States Marshal** [Doc. #85, filed 08/12/2011].  The Motion is STRICKEN.

The plaintiff seeks to have a subpoena served on the Colorado Department of Corrections.  He does not certify that the Motion was served on counsel for the defendants.

On February 16, 2011, I ordered the plaintiff to serve all papers filed in this court on counsel for the defendants in compliance with Rule 5, Fed.R.Civ.P. [Doc. #32].  Specifically, I stated:

> Once the defendants have entered an appearance, copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting pro se) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party.  Fed. R. Civ. P. 5(a).  "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ."  Fed. R. Civ. P. 5(b).  Service upon

>       other parties may be by mail.  <u>Id.</u>  Proof that service has been made
>       is provided by a certificate of service. Id. at 5(d).  This certificate
>       should be filed along with the original papers and should show the
>       day and manner of service.  <u>Id.</u>

In addition, I warned the plaintiff that failure to comply with my order could result in sanctions, including dismissal of the Complaint.  My order notwithstanding, the plaintiff does not certify that he served the instant Motion on counsel for the defendants.  Accordingly,

IT IS ORDERED:

1.  The Motion is STRICKEN;

2.  All future papers filed in this court shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

3.  Failure to comply with this order will result in my recommendation that this case be dismissed with prejudice.

Dated September 2, 2011.

>                                               BY THE COURT:
>
>                                                s/ Boyd N. Boland
>                                               United States Magistrate Judge