IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03029-MSK-BNB

LEON C. PICKFORD,

Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, #03079,

Defendants.
_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for a Leave of Court Persuant** [sic] **to Federal Procedure, Rule 45-1B and Rule 30-B1** [Doc. #93, filed 09/163/2011] (the "Motion").

The plaintiff seeks "leave of court to take depositions from witness at Freemont Correctional Facility, witness name is, Christopher Crawford . . . ." *Motion*, p. 1. The plaintiff has not demonstrated that he is unable to obtain Mr. Crawford's testimony through an affidavit or testimony at trial; he has not indicated the nature of the testimony he expects to elicit; nor has he explained why the testimony sought is relevant or reasonably calculated to lead to the discovery of admissible evidence. In addition, I am concerned about the plaintiff's ability to meet the logistical and financial requirements for taking depositions, which he does not address. Accordingly, the plaintiff's request to take the deposition of Christopher Crawford is denied.

The Motion also contains the following request:

> Order to the Clerk of Court. Plaintiff needs a statement saying
> he's in discovery to get medical records from D.O.C. to submit to
> the court.

*Motion*, p. 2.

On April 21, 2011, I issued a Scheduling Order which establishes a schedule for discovery. A copy of the Scheduling Order was mailed to the plaintiff at his address of record at the Sterling Correctional Facility. Presumably, the plaintiff is in possession of the Scheduling Order which demonstrates the status of the case.

IT IS ORDERED that the Motion is DENIED.

Dated September 26, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge