IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 10-cv-03029-MSK-BNB | Date: | January 4, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LEON C. PICKFORD<br>**Plaintiff(s)** | |
| v. | |
| GRAYSON ROBINSON<br>NORRIS<br>HERNANDEZ<br>**Defendant(s)** | *Breena N. Meng* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:04 a.m.

Appearance of counsel, Plaintiff fails to appear, is no longer incarcerated but has not updated his address with the Court.

Request by defense for an order issue to return DVD.

**ORDERED:   [124] Defendants' Motion to Compel Plaintiff to Return Documents Pursuant to Protective Order is GRANTED.**

Court in Recess: 10:08 a.m.   Hearing concluded.   Total time in Court: 00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119