IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03029-MSK-BNB

LEON C. PICKFORD,

Plaintiff,

v.

SHERIFF GRAYSON ROBINSON,
DEPUTY NORRIS, # 02071, and
DEPUTY HERNANDEZ, #03079,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants' Motion to Compel Plaintiff to Return Documents Pursuant to Protective Order** [Doc. # 124] (the "Motion"), which is GRANTED.

I entered a blanket protective order on July 28, 2011. Protective Order [Doc. # 81]. Confidential and sensitive documents were produced in discovery pursuant to the Protective Order. The Protective Order requires that "[w]ithin 30 days of the conclusion of this case, Plaintiff shall return all documents, records, or other materials containing Confidential Information to Defendants for destruction." Protective Order [Doc. # 81] at ¶8. The district judge dismissed the case on October 3, 2011. Opinion and Order Granting Motion to Dismiss [Doc. # 107]. Consequently, the case is concluded. The defendants have requested the return of the confidential documents, without success.

IT IS ORDERED:

(1)     The Motion [Doc. # 124] is GRANTED; and

(2)     Within ten days after actual service of this Order on the plaintiff, he shall comply with the requirements of paragraph 8 of the Protective Order and return to the plaintiffs all confidential documents in his possession, custody, or control including, without limitation, those documents bearing Bates Nos. ACSO_000563-000797 and ACSO_000939-000952.

Dated January 4, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge